UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIFESCI CAPITAL LLC,

                Plaintiff,                Case No.: 1:25-cv-00859-KPF

      -against-

QUALIGEN THERAPEUTICS, INC.,

                Defendant.
-----------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that whereas all parties who have appeared in this action have signed this stipulation, the above-captioned action is voluntarily dismissed, with prejudice, against the defendant, Qualigen Therapeutics, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: October 13, 2025

| | |
|---|---|
| SICHENZIA ROSS FERENCE CARMEL LLP<br>*Attorneys for Defendant Qualigen Therapeutics, Inc.*<br><br>By: _____<br>Christopher P. Milazzo<br>cmilazzo@srfc.law<br><br>1185 Avenue of the Americas, 31st Fl.<br>New York, NY 10036<br>(212) 930-9700 | SOLOMON CRAMER & SUMMIT LLP<br>*Attorneys for LifeSci Capital LLC*<br><br>By: _____<br>Andrew T. Solomon<br>asolomon@solomoncramer.com<br><br>25 West 39th Street, 7th Floor<br>New York, NY 10018<br>(212) 884-9102 ext. 700 |